IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 19-03941-ESL11 |
|---|---|
| ADVANCE PAIN MANAGEMENT AND REHABILITATION | Chapter 11 |
| 98-0420166 | |
| Debtor | FILED & ENTERED ON JUL/12/2019 |

ORDER

The petition filed on July 11, 2019 reflects that this is a "health care business" case. Therefore, it is hereby

ORDERED that the United States Trustee shall appoint an ombudsman, pursuant to 11 USC § 333(a)(2) and Fed. R. Bankr. P. 2007.2(c), unless the U.S. Trustee and/or the debtor in possession informs the court in writing, within twenty-one (21) days, why the appointment of an ombudsman is not necessary for the protection of the patients.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12 day of July, 2019.

Enrique S. Lamoutte
United States Bankruptcy Judge