# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> JUAN JOSE PERAZA MORA and GLORIA BATISTA MOLINA <br><br> Debtors. | Chapter 12 <br><br> Case No. 19-01896(ESL) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**I HEREBY CERTIFY**, that on July 26, 2019, I electronically filed a true and exact copy of the *Motion for Lift of Stay*, (the "Stay Motion") filed at Docket No 72, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties appearing in said system, including the Office of the United States Trustee.

**I FURTHER CERTIFY**, that on July 29, 2019, a true and exact copy of the Stay Motion, along with the corresponding exhibits, was served by regular mail upon all parties listed in the Mailing Matrix of the instant bankruptcy proceeding, as well as by certified first-class mail, including the Stay Motion and the Summons, return receipt requested, to Debtors' counsel, Mrs. Lyssette Morales Vidal, to the address on record: L.A. Morales & Associates, P.S.C., Urb. Villa Blanca, 76 Aquamarina, Caguas, Puerto Rico, 00725-1908.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of July 2019.

**I FURTHER CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**O'NEILL & BORGES** LLC
*Attorneys for Triangle Cayman Asset Company*
250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*S/ Martha L. Acevedo-Peñuela*
Martha L. Acevedo-Peñuela
USDC No. 300501
martha.acevedo@oneillborges.com