## MOR VAQUERIA JUAN JOSE PERAZA
### JUNE 2019
averaging 187 cows
yielding an average of 15.95 lts/cow/day
41,746 lts biweekly
occupying 54.97% of milk quota
average price/lt= 68.48¢
Quota: 75,944 lts biweekly

Heifers entered: 3
Cows in production: 186
Dry cows: 59
culled: 0

**INCOME:**                                                                        **$**

| | | | |
|---|---|---|---|
| VTM | Liq. June 14 | 30,482 lts @ 77.976 ¢/lt | 23,768.81 |
| | Liq. June 28 | 34,503 lts @ 75.24¢/lt | 25958.56 |
| Indulac | Liq. June 14 | 10,620 lts @ 45.65 ¢/lt | 4,847.68 |
| | Liq. June 28 | 7,887 lts @ 33.01 ¢/lt | 2,603.43 |
| | | | |
| ADEA | Wage Subsidy third Quarter | | 5,155.89 |
| Sale of cows for meat market | | | 0.00 |
| Non Farm | Soc. Sec. | | 2580.00 Personal Bank Statements have not been handed |
| Personal Money | from Debtor | from check #6751 | 1500.00 in. |
| Money in bank | | | 12127.36 |
| | **Total Income:** | | **78,541.73** |

**Less dairy Farm Expenses**

| | | | |
|---|---|---|---|
| Wages | | 4920.00 | |
| Payroll taxes | Unemployment | 760.15 | #6654 |
| CFSE | | 0.00 | |
| Feed | | 26778.98 | |
| Forage | | 7744.00 | |
| Materials,Medicines and Veterinary | | 1545.82 | AGH |
| Farm repairs and Maintenance | | 3265.00 | |
| Milking equipment repairs and maintenance | | 1000.00 | #6744 |
| Farm machinery (tractor, generator,...) | | 3000.00 | #6747 |
| Car & Truck | | 400.00 | #6708 |
| Gasoline and Diesel | | 293.50 | ATH |
| Farm Insurance | | 0.00 | nov. |
| Utilities | | 1560.10 | #6752 & ATH internet |
| Professional Services: CPA (milk assignment) | | 300.00 | |
| | gestor Siverio | 30.00 cash | 5.00/check |
| | gestoría | 300.00 | #6725 gestoría hacienda |
| | DHIA & VTM | 431.00 | through milk assignments |
| | hoof technician | 0.00 | |
| Semen & insemination | | 250.00 | #6757 |
| plaguicides, weed killer, and tick bath | | 0.00 | included in materials above |
| Hired Labor | employees not on payroll | 1105.00 | doing Farm Maintenance & temporary employee |
| Freight | Transportation of cows | 400.00 | #6734 |
| Bank charges | | 94.65 | |
| miscellaneous | | 0.00 | |
| Lease | farm for dry cows and heifers, | 480.00 | #6729 Carlos Muñíz |
| | **Total Farm expenses:** | 54658.20 | |

**Less Capital Expenditures:**                          0.00

**Less Obligations & Others:**

| | | |
|---|---|---|
| interests on milk quota | 800.00 | #6760 |
| Federación Pecuaria (molino) | 1714.56 | through milk assignment |
| Trustee | 0.00 | |
| COOPPLE Membership Fee | 395.93 | |
| Triangle Cayman Asset | 6496.00 | #6721 |
| **Total Obligations:** | 9406.49 | |

**Less personal Expenses**                          1927.42

**Total Farm, personal and Obligaton expenses:**          **65992.11**

**Net Income:**   Personal Money: $2,559*          **12549.62**   Dairy Farm bank acct.: $9990.62

MOR VAQUERIA JUAN JOSE PERAZA
JUNE 2019
averaging 187 cows
yielding an average of 15.95 lts/cow/day
41,746 lts biweekly

<mark>* Cannot certify that this is the actual remaining balance in personal acct. as personal bank statements are not being handed in.</mark>

## WAGES

| | José O. Peraza | | César García | | José M. García | |
|---|---|---|---|---|---|---|
| 5-Jun | 400.00 | #6695 | 430.00 | #6730 | 360.00 | #6731 |
| 15-Jun | 400.00 | #6703 | 430.00 | #6749 | 360.00 | #6750 |
| 19-Jun | 400.00 | #6745 | 430.00 | #6696 | 360.00 | #6697 |
| | 1200.00 | | 180.00 | #6698 | 360.00 | #6704 |
| | | | 430.00 | #6701 | 1440.00 | |

| | Oscar Pérez | |
|---|---|---|
| | 190.00 | #6732 |
| | 190.00 | #6710 |
| | 380.00 | |

## FEED

| | | |
|---|---|---|
| 30-May | 6046.40 | #6684 |
| 20-Jun | 900.00 | #6693 |
| 5-Jun | 5756.59 | #6726 |
| 14-Jun | 6,615.38 | #6746 |
| 28-Jun | 7,460.61 | #6918 |
| | 26778.98 | |

## FORAGE

| | | |
|---|---|---|
| 14-Jun | 1300.00 | #6694 |
| 19-Jun | 500.00 | #6706 |
| 14-Jun | 1000.00 | #6707 |
| 1-Jun | 720.00 | #6740 |
| 14-Jun | 3000.00 | #6748 |
| 14-Jun | 1224.00 | #6754 |
| | 7744.00 | |

## MATERIALS, MEDICINES, VETRINARY

| | | |
|---|---|---|
| ATH | 16.67 | Agro Extra |
| #6690 | 200.00 | AGH |
| #6692 | 171.70 | AGH |
| #6700 | 308.25 | AGH |
| #6733 | 249.20 | AGH |
| #26 | 400.00 | AGH |
| #6755 | 200.00 | AGH |
| | 1545.82 | |

## FARM LEASES

| | | | |
|---|---|---|---|
| #6729 | 480.00 | Carlos Muñiz | dry cows & heifers |

## FARM REPAIRS & MAINTAINANCE

| | | |
|---|---|---|
| #6670 | 300.00 | paint stable |
| #6719 | 165.00 | fencing |
| #6736 | 685.00 | repair feed canoes |
| #61 | 350.00 | paint stable |
| #743 | 600.00 | paint stable |
| #6753 | 580.00 | Repair feed Bin |
| #6756 | 585.00 | repair feed canoes |
| | 3265.00 | |

MOR VAQUERIA JUAN JOSE PERAZA
JUNE 2019
averaging 187 cows
yielding an average of 15.95 lts/cow/day
41,746 lts biweekly
occupying 54.97% of milk quota

**MILKING EQUIPMENT**

| | | | |
|---|---|---|---|
| #6744 | 1000.00 | repairs | Rosa Refrigeration |

**PROFESSIONAL SERVICES**

CPA

| | | |
|---|---|---|
| 14-Jun | 150.00 | Milk Assignment |
| 28-Jun | 150.00 | Milk Assignment |
| | 300.00 | |

DHIA

| | | |
|---|---|---|
| 14-Jun | 205.00 | Milk Assignment |
| 28-Jun | 205.00 | Milk Assignment |
| | 410.00 | |

VTM

| | | |
|---|---|---|
| 14-Jun | 19.00 | Milk Assignment |
| 28-Jun | 2.00 | Milk Assignment |
| | 21.00 | |

**SEMEN & INSEMINATION**

| | | |
|---|---|---|
| #6757 | 250.00 | Inseminator |

**HIRED LABOR**

| | | | |
|---|---|---|---|
| Cash | 870.00 | #6705 | Clean Waiting Parlor |
| Alberto López | 235.00 | #6689 | Clean Waiting Parlor |
| | 1105.00 | | |

**UTILITIES**

| | | |
|---|---|---|
| AEE | 1,520.15 | #6752 |
| INTERNET | 39.95 | ATH |
| | 1,560.10 | |

**PERSONAL EXPENSES PAID AND/OR DEBTED FROM DAIRY FARM ACCOUNT**

| | | | |
|---|---|---|---|
| Personal Meals | 0.00 | | |
| DirecTV | 0.00 | | |
| Windnet | 44.95 | | |
| Placita La Ponderosa | 0.00 | | |
| Netflix | 12.99 | | |
| Drug Store | 48.39 | | |
| Pueblo | 248.64 | | |
| Carnicería | 0.00 | | |
| La Gran Vía | 72.45 | | |
| **Tel.** | 0.00 | | |
| Ropa Van Heusen | 0.00 | | |
| Check for labor | 1500.00 | #6751 | Check made to Juan José Peraza for laboring in dairy farm. |
| | **1927.42** | | this money was deposited again in dairy farm account on June 10. |

# Oriental

P.O. Box 195115
San Juan, PR 00919-5115

Returned Service Requested

Ultimo estado de cuenta: May 31, 2019
Estado de cuenta correspondiente a: June 30, 2019
Dias en este ciclo: 30

00000177-MD08780628xc01080843-THREEOZ01-000000 M0



VAQUERIA PERAZA
HC 1 BOX 8076
HATILLO PR 00659-7361

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

## Cuenta Empresarial

| | | | |
|---|---|---|---|
| Numero de cuenta | XXXXXX6070 | Balance inicial | $12,127.36 |
| Anejos | 52 | Total de creditos | 70,319.84 |
| Balance mas bajo | $-5,292.48 | Total de debitos | 72,456.58 |
| Balance promedio | $5,978.75 | Balance final | $9,990.62 |

## CHEQUES

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|---|---|---|---|---|---|
| 6654 | 06-07 | 760.15 | 6729 * | 06-03 | 480.00 |
| 6670 * | 06-07 | 300.00 | 6730 | 06-03 | 430.00 |
| 6684 * | 06-03 | 6,046.40 | 6731 | 06-03 | 360.00 |
| 6689 * | 06-17 | 235.00 | 6732 | 06-03 | 190.00 |
| 6690 | 06-14 | 200.00 | 6733 | 06-04 | 249.20 |
| 6691 R | 06-21 | 5,633.51 | 6734 | 06-03 | 400.00 |
| 6692 | 06-17 | 171.70 | 6736 * | 06-04 | 685.00 |
| 6693 | 06-21 | 900.00 | 6740 * | 06-03 | 720.00 |
| 6694 | 06-14 | 1,300.00 | 6741 | 06-04 | 350.00 |
| 6695 | 06-17 | 400.00 | 6742 | 06-06 | 400.00 |
| 6696 | 06-17 | 430.00 | 6743 | 06-03 | 600.00 |
| 6697 | 06-17 | 360.00 | 6744 | 06-17 | 1,000.00 |
| 6698 | 06-17 | 180.00 | 6745 | 06-05 | 400.00 |
| 6699 R | 06-24 | 702.45 | 6746 | 06-19 | 6,615.38 |
| 6700 | 06-21 | 308.25 | 6747 | 06-14 | 3,000.00 |
| 6701 | 06-19 | 430.00 | 6748 | 06-14 | 3,000.00 |
| 6702 R | 06-18 | 1,500.00 | 6749 | 06-05 | 430.00 |
| 6702 *R | 06-26 | 1,500.00 | 6750 | 06-05 | 360.00 |
| 6703 | 06-19 | 400.00 | 6751 | 06-05 | 1,500.00 |
| 6704 | 06-19 | 360.00 | 6752 | 06-11 | 1,520.15 |
| 6705 | 06-19 | 870.00 | 6753 | 06-07 | 580.00 |
| 6706 | 06-19 | 500.00 | 6754 | 06-14 | 1,224.00 |
| 6707 | 06-18 | 1,000.00 | 6755 | 06-12 | 200.00 |
| 6708 | 06-19 | 400.00 | 6756 | 06-07 | 585.00 |
| 6710 * | 06-21 | 190.00 | 6757 | 06-13 | 250.00 |
| 6719 * | 06-17 | 165.00 | 6760 * | 06-17 | 800.00 |
| 6721 * | 06-14 | 6,496.00 | 6918 * | 06-28 | 7,460.61 |
| 6725 * | 06-03 | 300.00 | | | |
| 6726 | 06-10 | 5,756.59 | | | |

\* Numero de cheque no consecutivo
R-Cheque devuelto





**Oriental**

P.O. Box 195115
San Juan, PR 00919-5115

## DEBITOS

| Fecha | Descripcion | Debitos |
|---|---|---|
| 06-03 | ´ Compra POS | 40.00 |
|  | POS PURCHASE TERMINAL 30V17105 PUMA CARRIZALES I |  |
|  | HATILLO PR 06-02-19 7:26 AM XXXXXXXXXXXX9060 |  |
| 06-03 | ´ Compra POS | 40.00 |
|  | POS PURCHASE TERMINAL 008029376BO NARANJO SECTOR |  |
|  | LECHUGHATILLO 06-03-19 12:21 PM XXXXXXXXXXXX9060 |  |
| 06-04 | ´ Compra POS | 30.00 |
|  | POS PURCHASE TERMINAL 30V33848 GULF ISLA QUICK LU |  |
|  | BE HATILLO PR 06-04-19 5:12 AM XXXXXXXXXXXX9060 |  |
| 06-04 | ´ Compra POS | 248.64 |
|  | POS PURCHASE TERMINAL ATHECRP94PUEBLO ARECIBO 949 |  |
|  | ARECIBO PR 06-04-19 2:29 PM XXXXXXXXXXXX9060 |  |
| 06-05 | ´ Debito Pre-Autorizado | 11.00 |
|  | ORIENTAL GROUP CM FEES 190605 |  |
| 06-06 | ´ Ivu Municipal | 0.11 |
|  | MAY-19 BEB |  |
| 06-06 | ´ Ivu Municipal | 0.74 |
|  | 19-MAY NON-XAA |  |
| 06-06 | ´ Ivu Estatal | 1.16 |
|  | 19-MAY BEB |  |
| 06-06 | ´ Ivu Estatal | 7.79 |
|  | 19-MAY NON-XAA |  |
| 06-07 | ´ Compra POS | 40.00 |
|  | POS PURCHASE TERMINAL 30V25836 TOTAL ABRA HONDA S |  |
|  | /S CAMUY PR 06-07-19 11:19 AM XXXXXXXXXXXX9060 |  |
| 06-10 | ´ Compra POS | 40.00 |
|  | POS PURCHASE TERMINAL 30V33848 GULF ISLA QUICK LU |  |
|  | BE HATILLO PR 06-09-19 7:35 AM XXXXXXXXXXXX9060 |  |
| 06-10 | ´ POS Purchase | 44.95 |
|  | MERCHANT PURCHASE TERMINAL 85133239 WIND NET |  |
|  | ARECIBO 06-06-19 12:00 AM XXXXXXXXXXXX9060 |  |
| 06-10 | ´ Compra POS | 72.45 |
|  | POS PURCHASE TERMINAL 30V33019 LA GRAN VIA 5 |  |
|  | HATILLO PR 06-08-19 8:46 PM XXXXXXXXXXXX9060 |  |
| 06-12 | ´ POS Purchase | 12.99 |
|  | MERCHANT PURCHASE TERMINAL 55432869 NETFLIX.COM |  |
|  | NETFLIX.C CA 06-11-19 12:00 AM XXXXXXXXXXXX9060 |  |
| 06-14 | ´ Compra POS | 16.67 |
|  | POS PURCHASE TERMINAL 02806840 NNT AGROXTRA LLC |  |
|  | 182 HATILLO PR 06-14-19 8:11 PM SEQ # 916560519461 |  |
| 06-17 | ´ Compra POS | 40.00 |
|  | POS PURCHASE TERMINAL 30V33848 GULF ISLA QUICK LU |  |
|  | BE HATILLO PR 06-15-19 7:45 AM SEQ # 000000032244 |  |
| 06-17 | ´ Compra POS | 48.39 |
|  | POS PURCHASE TERMINAL 30V03188 FARMACIA DEL NORTE |  |
|  | HATILLO PR 06-17-19 11:22 AM SEQ # 000000002370 |  |



**Oriental**

P.O. Box 195115
San Juan, PR 00919-5115

VAQUERIA PERAZA

June 30, 2019

| Fecha | Descripcion | Debitos |
|-------|-------------|--------:|
| 06-18 | ´ Compra POS | 33.50 |
|  | POS PURCHASE TERMINAL 30W01049 PUMA DON MIGUEL |  |
|  | HATILLO PR 06-18-19 9:20 AM SEQ # 000000006400 |  |
| 06-18 | ´ Cargo Devolucion NSF | 15.00 |
|  | FOR RETURN OF CHECK # 6702 |  |
| 06-20 | ´ Compra POS | 30.00 |
|  | POS PURCHASE TERMINAL 30V21944 PUMA RANCHO DAN-CA |  |
|  | RRIZA HATILLO PR 06-20-19 10:21 AM SEQ # 000000001409 |  |
| 06-21 | ´ Debito Pre-Autorizado | 39.95 |
|  | Laboral Data Sys SIGONFILE 190621 |  |
| 06-21 | ´ Cargo Devolucion NSF | 15.00 |
|  | FOR RETURN OF CHECK # 6691 |  |
| 06-24 | ´ Cargo Devolucion NSF | 15.00 |
|  | FOR RETURN OF CHECK # 6699 |  |
| 06-26 | ´ Cargo Devolucion NSF | 15.00 |
|  | FOR RETURN OF CHECK # 6702 |  |
| 06-30 | ´ Service Charge | 10.00 |
|  | CHEQUE EMPRESARIAL |  |
| 06-30 | ´ Service Charge | 3.85 |
|  | 50+ BRANCH TRN FEE |  |

## CREDITOS

| Fecha | Descripcion | Creditos |
|-------|-------------|---------:|
| 06-05 | ´ Preauthorized Credit | 5,155.89 |
|  | ADEA SUB SAL ARECIBO |  |
|  | ARECIBO PRD LECHE 3ER TRIMESTRE 2018-19 |  |
| 06-05 | ´ Deposit | 12,079.47 |
| 06-10 | ´ Deposit | 1,500.00 |
| 06-14 | ´ Deposit | 14,243.84 |
| 06-18 | ´ NSF Returned Item | 1,500.00 |
|  | CHECK 6702 |  |
| 06-19 | ´ Deposit | 10,835.63 |
| 06-21 | ´ NSF Returned Item | 5,633.51 |
|  | CHECK 6691 |  |
| 06-24 | ´ NSF Returned Item | 702.45 |
|  | CHECK 6699 |  |
| 06-26 | ´ NSF Returned Item | 1,500.00 |
|  | CHECK 6702 |  |
| 06-28 | ´ Deposit | 17,169.05 |

## BALANCE DIARIO

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|---------:|-------|---------:|-------|---------:|
| 05-31 | 12,127.36 | 06-11 | 6,883.39 | 06-20 | 1,779.23 |
| 06-03 | 2,520.96 | 06-12 | 6,670.40 | 06-21 | 326.03 |
| 06-04 | 958.12 | 06-13 | 6,420.40 | 06-24 | 311.03 |
| 06-05 | 15,492.48 | 06-14 | 5,427.57 | 06-26 | 296.03 |
| 06-06 | 15,082.68 | 06-17 | 1,597.48 | 06-28 | 10,004.47 |
| 06-07 | 12,817.53 | 06-18 | 548.98 | 06-30 | 9,990.62 |
| 06-10 | 8,403.54 | 06-19 | 1,809.23 |  |  |

00000177-002-010



L 51098  -153573



**Oriental**

P.O. Box 195115
San Juan, PR 00919-5115

**CARGOS POR SOBREGIRO/TRANSACCIONES DEVUELTAS**

| | |
|---|---:|
| Cargos por transacciones devueltas en este ciclo | $60.00 |
| Cargos por transacciones devueltas acumuladas (YTD) | $435.00 |
| Cargos por sobregiro en este ciclo | $0.00 |
| Cargos por sobregiro acumulados (YTD) | $85.18 |

00000177-002-010

L 51098   -153574



6654     6/7/2019     $760.15



6670     6/7/2019     $300.00

6684     6/3/2019     $6,046.40



6689     6/17/2019     $235.00

00000177-004-010





| 6690 | 6/14/2019 | $200.00 |
| 6692 | 6/17/2019 | $171.70 |



| 6693 | 6/21/2019 | $900.00 |



| 6694 | 6/14/2019 | $1,300.00 |

51098 - 153577

00000177-004-010-MD08780628xc01080843-THREEOZ01-00-0-00051098



**Check 6695**

VAQUERIA PERAZA
TEL (787) 398-6396
HC 1 BOX 8076
HATILLO, PR 00659

6695

Date 6-15-19

PAY to the order of José O. Peraza — $400.00

Cuatrocientos — 00/xx Dollars

Oriental

For nomina

⑈222157141⑈ 1290706070⑈ 6695

6695    6/17/2019    $400.00

**Check 6696**

VAQUERIA PERAZA
TEL (787) 398-6396
HC 1 BOX 8076
HATILLO, PR 00659

6696

Date 6-15-19

PAY to the order of Cesar Garcia — $430.00

Cuatrocientos Treinta — 00/xx Dollars

Oriental

For nomina

⑈222157141⑈ 1290706070⑈ 6696

6696    6/17/2019    $430.00



**Check 6697**

VAQUERIA PERAZA
TEL (787) 398-6396
HC 1 BOX 8076
HATILLO, PR 00659

6697

Date 6-15-19

PAY to the order of José M. Garcia — $360.00

Trescientos Sesenta — 00/xx Dollars

Oriental

For nomina

⑈222157141⑈ 1290706070⑈ 6697

6697    6/17/2019    $360.00

**Check 6698**

VAQUERIA PERAZA
TEL (787) 398-6396
HC 1 BOX 8076
HATILLO, PR 00659

6698

Date 6-15-19

PAY to the order of Cesar Garcia — $180.00

Ciento Ochenta — 00/xx Dollars

Oriental

For nomina

⑈222157141⑈ 1290706070⑈ 6698

6698    6/17/2019    $180.00





**Check 6700**

VAQUERIA PERAZA
TEL (787) 398-6336
HC 1 BOX 8076
HATILLO, PR 00659

6700

Date: 6-21-19

PAY to the order of: N-C-H. — $308.25

Trescientos ocho con 25/100 Dollars

Oriental

For: Abono a Cuenta)    Juan José Perez Mora

⑆221571415⑆ 1290706070⑈ 6700

6700    6/21/2019    $308.25

**Check 6701**

VAQUERIA PERAZA
TEL (787) 398-6336
HC 1 BOX 8076
HATILLO, PR 00659

6701

Date: 6-19-19

PAY to the order of: César Gorgas — $430.00

Cuatrocientos Treinta — 00/100 Dollars

Oriental

For: nómina)    Juan José Perez Mora

⑆221571415⑆ 1290706070⑈ 6701

6701    6/19/2019    $430.00

**Check 6703**

VAQUERIA PERAZA
TEL (787) 398-6336
HC 1 BOX 8076
HATILLO, PR 00659

6703

Date: 6-19-19

PAY to the order of: José O. Perez — $400.00

Cuatrocientos — 00/100 Dollars

Oriental

For: nómina)    Juan José Perez Mora

⑆221571415⑆ 1290706070⑈ 6703

6703    6/19/2019    $400.00

**Check 6704**

VAQUERIA PERAZA
TEL (787) 398-6336
HC 1 BOX 8076
HATILLO, PR 00659

6704

Date: 6-19-19

PAY to the order of: José M. García — $360.00

Trescientos Sesenta — 00/100 Dollars

Oriental

For: nómina)    Juan José Perez Mora

⑆221571415⑆ 1290706070⑈ 6704

6704    6/19/2019    $360.00



| Check | Date | Amount |
|---|---|---|
| 6705 | 6/19/2019 | $870.00 |
| 6706 | 6/19/2019 | $500.00 |
| 6707 | 6/18/2019 | $1,000.00 |
| 6708 | 6/19/2019 | $400.00 |

00000177-006-010



51098 - 153580

00000177-006-010-MD08780628xc01080843-THREEOZ01-00-0-00051098



6710      6/21/2019      $190.00



6719      6/17/2019      $165.00



6721      6/14/2019      $6,496.00



6725      6/3/2019      $300.00



VAQUERIA PERAZA
TEL (787) 396-6396
HC 1 BOX 8076
HATILLO, PR 00659
6726
8-5-19

PAY to the order of   Fiduciaria Pecuaria   $5,756.59
Cinco mil Setecientos cincuenta seis ___ 59/100   Dollars

Oriental

For

⑆221571415⑆ 1290706070⑈ 6726

6726   6/10/2019   $5,756.59

VAQUERIA PERAZA
TEL (787) 396-6396
HC 1 BOX 8076
HATILLO, PR 00659
6729
6-1-19

PAY to the order of   Carlos Muñiz   $480.00
Cuatrocientos Ochenta   00/100   Dollars

Oriental

For   Cuido de novien   Juan José Peraza Mora

⑆221571415⑆ 1290706070⑈ 6729

6729   6/3/2019   $480.00



VAQUERIA PERAZA
TEL (787) 396-6396
HC 1 BOX 8076
HATILLO, PR 00659
6730
5-31-19

PAY to the order of   Caro Vazquez   $430.00
Cuatrocientos Treinta   00/100   Dollars

Oriental

For   novien   Juan José Peraza Mora

⑆221571415⑆ 1290706070⑈ 6730

6730   6/3/2019   $430.00



VAQUERIA PERAZA
TEL (787) 396-6396
HC 1 BOX 8076
HATILLO, PR 00659
6731
5-31-19

PAY to the order of   José M. Horta   $360.00
Trescientos ___   60/00   Dollars

Oriental

For   novien   Juan José Peraza Mora

⑆221571415⑆ 1290706070⑈ 6731

6731   6/3/2019   $360.00



51098 - 153582



6732      6/3/2019      $190.00



6733      6/4/2019      $249.20



6734      6/3/2019      $400.00



6736      6/4/2019      $685.00



6740    6/3/2019    $720.00



6741    6/4/2019    $350.00



6742    6/6/2019    $400.00



6743    6/3/2019    $600.00

00000177-008-010



00000177-008-010-MD0878O628xc0108O843-THREEOZ01-00-0-00051098



6744   6/17/2019   $1,000.00



6745   6/5/2019   $400.00



6746   6/19/2019   $6,615.38



6747   6/14/2019   $3,000.00

00000177-008-010



**Check 6748**

VAQUERIA PERAZA
TEL (787) 368-6396
HC 1 BOX 6076
HATILLO, PR 00659

6748

Date: 6-14-19

PAY to the order of: Wilfredo Jusino Crespo — $3,000.00

Tres mil 00 Dollars

Oriental

For: Compra pasto

Juan José Perez Mro

⑆221571415⑆ 1290706070⑈ 6748

6748    6/14/2019    $3,000.00

**Check 6749**

VAQUERIA PERAZA
TEL (787) 356-6396
HC 1 BOX 6076
HATILLO, PR 00659

6749

Date: 6-5-19

PAY to the order of: Cesar García — $430.00

Cuatrocientos treinta 00 Dollars

Oriental

For: nomina

Juan José Perez Mro

⑆221571415⑆ 1290706070⑈ 6749

6749    6/5/2019    $430.00

**Check 6750**

VAQUERIA PERAZA
TEL (787) 328-6396
HC 1 BOX 6076
HATILLO, PR 00659

6750

Date: 6-5-19

PAY to the order of: José M. García — $360.00

Trescientos sesenta 00 Dollars

Oriental

For: nomina

Juan José Perez M

⑆221571415⑆ 1290706070⑈ 6750

6750    6/5/2019    $360.00

**Check 6751**

VAQUERIA PERAZA
TEL (787) 328-6396
HC 1 BOX 6076
HATILLO, PR 00659

6751

Date: 6-5-19

PAY to the order of: Juan J. Perez — $1,500.00

Mil quinientos 00 Dollars

Oriental

For: gasto personales

Juan José Perez M

⑆221571415⑆ 1290706070⑈ 6751

6751    6/5/2019    $1,500.00

51098 - 153586





| 6752 | 6/11/2019 | $1,520.15 |

| 6753 | 6/7/2019 | $580.00 |



| 6754 | 6/14/2019 | $1,224.00 |

| 6755 | 6/12/2019 | $200.00 |

## Check 6756

VAQUERIA PERAZA
TEL (787) 398-6396
HC 1 BOX 8076
HATILLO, PR 00659

6756

6-7-19

PAY to the order of _James Mendez_ $585.00

_Asriesento Roberto y Cueca_ Dollars

**Oriental**

For _Suelo de Casa_ Juan José Pérez Mor

⑆221571415⑆ 129070607⑆ 6756

| 6756 | 6/7/2019 | $585.00 |

## Check 6757

VAQUERIA PERAZA
TEL (787) 398-6396
HC 1 BOX 8076
HATILLO, PR 00659

#1456

6757

6-8-19

PAY to the order of _William Conmo_ $250.00

_Damienton Current_ Dollars

**Oriental**

For _Testimiento Vaca_ Juan José Pérez Mor

⑆221571415⑆ 129070607⑆ 6757

FOR DEPOSIT ONLY
CERAMAR, INC.
ACCT 669203238
787-381-7472

| 6757 | 6/13/2019 | $250.00 |

## Check 6760

VAQUERIA PERAZA
TEL (787) 398-6396
HC 1 BOX 8076
HATILLO, PR 00659

6760

6-15-19

PAY to the order of _Diono Cojigos_ $800.00

_Achariento_ Dollars

**Oriental**

For _pago cuesta_ Juan José Pérez Mor

⑆221571415⑆ 129070607⑆ 6760

| 6760 | 6/17/2019 | $800.00 |

## Check 6918



| 6918 | 6/28/2019 | $7,460.61 |

51098 - 153588



00000177-010-010

00000177-010-010

## VAQUERIA TRES MONJITAS, INC.

**CHEQUE NUM.** 130916

GAN. 371 JUAN JOSE PERAZA MORA
LIC. 3052 QTS. NO PAGO . 00000000
LIQUIDACION DE GANADEROS
JUNIO 05, 2019

| PORCIENTO | LECHE REC. | PRECIO | IMPORTE |
|---|---|---|---|
|  |  |  |  |

| RECIBIDA | LECHE REGULAR | EXCEDENTE | IMPORTE LECHE REGULAR | IMPORTE EXCEDENTE | F.F.I.L. | IMPORTE TOTAL | ANTICIPO | CLA-VE | DEDUCCIONES CANTIDAD | NETO |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 12,079.47 |  |  | 12,079.47 |

CLAVES - DEDUCCIONES

1. COOP. CAFETEROS DE P.R.      7. BANCO DE PONCE
2. P.R.P.C.A.      8. BANCO POPULAR DE P.R.
3. CUENTAS A COBRAR MISC.      9. FEDERAL LAND BANK
4 F.H.A.      15. CORP. CREDITO AGRICOLA

DESPRENDA ANTES DE PRESENTARSE AL COBRO

## VAQUERIA TRES MONJITAS, INC.

**CHEQUE NUM.** 131007

GAN. 371 JUAN JOSE PERAZA MORA
LIC. 3052 QTS. NO PAGO . 00000000
LIQUIDACION DE GANADEROS
JUNIO 14, 2019

| PORCIENTO | LECHE REC. | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 30482 | .77976 | 23,768.81 |
| OVER | 10620 |  | .00 |

| RECIBIDA | LECHE REGULAR | EXCEDENTE | IMPORTE LECHE REGULAR | IMPORTE EXCEDENTE | F.F.I.L. | IMPORTE TOTAL | ANTICIPO | CLA-VE | DEDUCCIONES CANTIDAD | NETO |
|---|---|---|---|---|---|---|---|---|---|---|
| 41102 |  | 10620 | 23,768.81 |  |  | 23,768.81 | 12,079.47 |  |  |  |
|  |  |  |  |  | ASOC. MEJORAMIENTO HATOS LECHE |  |  | 12 | 205.00 | 9,591.78 |
|  |  |  |  |  | FED. ASOC. PECUARIAS |  |  | 30 | 1714.56 | 9,591.78 |
|  |  |  |  |  | LABORATORIO GN |  |  | 100 | 16.00 | 9,591.78 |
|  |  |  |  |  | GREGORIO AGUILAR PADILLA |  |  | 116 | 150.00 | 9,591.78 |
|  |  |  |  |  | MISCELANEO |  |  | 99 | 3.00 | 9,591.78 |

CLAVES - DEDUCCIONES

1. COOP. CAFETEROS DE P.R.      7. BANCO DE PONCE
2. P.R.P.C.A.      8. BANCO POPULAR DE P.R.
3. CUENTAS A COBRAR MISC.      9. FEDERAL LAND BANK
4 F.H.A.      15. CORP. CREDITO AGRICOLA

DESPRENDA ANTES DE PRESENTARSE AL COBRO

## INDUSTRIA LECHERA DE PUERTO RICO INC.      Operational Account

| Date | Invoice Number | Comment | Amount | Discount Amoun | Retention Amt | Net Amount |
|---|---|---|---|---|---|---|
| 6/12/2019 | MEMBRESIA 06-12-2019 |  | 195.62- | 0.00 | 0.00 | 195.62- |
| 6/12/2019 | NIVEL 2 | 10620 Cllos @ 0.456467230635133 | 4,847.68 | 0.00 | 0.00 | 4,847.68 |

| Check: 021300 | 6/14/2019 | JUAN J. PERAZA MORA | Check Total: | 4,652.06 |
|---|---|---|---|---|

## VAQUERIA TRES MONJITAS, INC.

CHEQUE NUM.

GAN. 371 JUAN JOSE PERAZA MORA
LIC. 3052 QTS. NO PAGO . 00000000

**131099**

LIQUIDACION DE GANADEROS   JUNIO 19, 2019

| PORCIENTO | LECHE REC. | PRECIO | IMPORTE |
|---|---|---|---|
| | | | |

| RECIBIDA | LECHE REGULAR | EXCEDENTE | IMPORTE LECHE REGULAR | IMPORTE EXCEDENTE | F.F.I.L. | IMPORTE TOTAL | ANTICIPO | DEDUCCIONES CLAVE | CANTIDAD | NETO |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 10,835.63 | | | 10,835.63 |

### CLAVES - DEDUCCIONES

1. COOP. CAFETEROS DE P.R.
2. P.R.P.C.A.
3. CUENTAS A COBRAR MISC.
4. F.H.A.

7. BANCO DE PONCE
8. BANCO POPULAR DE P.R.
9. FEDERAL LAND BANK
15. CORP. CREDITO AGRICOLA

DESPRENDA ANTES DE PRESENTARSE AL COBRO

---

## VAQUERIA TRES MONJITAS, INC.

CHEQUE NUM.

GAN. 371 JUAN JOSE PERAZA MORA
LIC. 3052 QTS. NO PAGO . 00000000

**131187**

LIQUIDACION DE GANADEROS   JUNIO 28, 2019

| PORCIENTO | LECHE REC. | PRECIO | IMPORTE |
|---|---|---|---|
| 100% | 34503 | .75235 | 25,958.56 |
| OVER | 7887 | | .00 |

| RECIBIDA | LECHE REGULAR | EXCEDENTE | IMPORTE LECHE REGULAR | IMPORTE EXCEDENTE | F.F.I.L. | IMPORTE TOTAL | ANTICIPO | DEDUCCIONES CLAVE | CANTIDAD | NETO |
|---|---|---|---|---|---|---|---|---|---|---|
| 42390 | | 7887 | 25,958.56 | | | 25,958.56 | 10,835.63 | | | |
| | | | ASOC. MEJORAMIENTO HATOS LECHE | | | | | 12 | 205.00 | 14,765.93 |
| | | | GREGORIO AGUILAR PADILLA | | | | | 116 | 150.00 | 14,765.93 |
| | | | MISCELANEO | | | | | 99 | 2.00 | 14,765.93 |

### CLAVES - DEDUCCIONES

1. COOP. CAFETEROS DE P.R.
2. P.R.P.C.A.
3. CUENTAS A COBRAR MISC.
4. F.H.A.

7. BANCO DE PONCE
8. BANCO POPULAR DE P.R.
9. FEDERAL LAND BANK
15. CORP. CREDITO AGRICOLA

DESPRENDA ANTES DE PRESENTARSE AL COBRO

---

## INDUSTRIA LECHERA DE PUERTO RICO INC.        Operational Account

| Date | Invoice Number | Comment | Amount | Discount Amoun | Retention Amt | Net Amount |
|---|---|---|---|---|---|---|
| 6/26/2019 | MEMBRESIA 06-26-2019 | | 200.31 | 0.00 | 0.00 | 200.31 |
| | | 40062.93716 Retencion Cllos @ 0.005 | | | | |
| 6/26/2019 | NIVEL 2 | 7887 Cllos @ 0.330091288911084 | 2,603.43 | 0.00 | 0.00 | 2,603.43 |

| Check: 021435 | 6/28/2019 | JUAN J. PERAZA MORA | Check Total: | 2,403.12 |
|---|---|---|---|---|