```
Label Matrix for local noticing       CRIM                                    FEDERACION DE ASOCIACIONES PECUARIAS DE PR I
0104-3                                PO BOX 195387                           O'NEILL & GILMORE
Case 19-01896-ESL12                   SAN JUAN, PR 00919-5387                 252 PONCE DE LEON AVE
District of Puerto Rico                                                       SUITE 1701
Old San Juan                                                                  SAN JUAN, PR 00918-2019
Thu Apr 23 11:38:56 AST 2020

PAN AMERICAN GRAIN CO INC             Triangle Cayman Asset Company, LLC      VAQUERIA TRES MONJITAS INC
PARQUE INDUSTRIAL AMELIA              250 Ave Munoz Rivera                    PO BOX 366757
9 CLAUDIA ST                          Suite 800                               SAN JUAN, PR 00936-6757
GUAYNABO, PR 00968-8005               San Juan, PR 00918-1813


US Bankruptcy Court District of P.R.  CAPITAL CROSSING PR LLC                 DEPARTMENT OF TREASURY
Jose V Toledo Fed Bldg & US Courthouse FBO TRIANGLE CAYMAN ASSET CO           BANKRUPTCY SECTION 424 B
300 Recinto Sur Street, Room 109      PO BOX 70111                            PO BOX 9024140
San Juan, PR 00901-1964               SAN JUAN PR 00936-8111                  SAN JUAN, PR 00902-4140


ELA DEPT OF TREASURY                  FEDERACION ASOC PECUARIAS DE PR INC     HATICOOP
BANKRUPTCY DIV #424 B                 PO BOX 2635                             PO BOX 95
PO BOX 9024140                        MAYAGUEZ PR 00681-2635                  HATILLO, PR 00659-0095
SAN JUAN PR 00902-4140


IRS                                   IVAN CABAN SOTO, ESQ                    JORGE ORLANDO AMADOR DELGADO
PO BOX 7346                           PO BOX 2122                             DIANA ESTHER CAJIGA RIOS
PHILADELPHIA PA 19101-7346            MOCA PR 00676-2122                      HC 04 BOX 17351
                                                                              CAMUY PR 00627-7616


JOSE L ACEVEDO PEREZ                  LUCY ROMAN                              LUIS CRUZ VELEZ ESQ
BOX 1147                              SR #2 RR 493 KM 1.0 INT DERECHA         PO BOX 427
MOCA PR 00676-1147                    BARRIO CARRIZALES                       HATILLO PR 00659-0427
                                      HATILLO PR 00659


MIGUEL  ROMAN                         O'NEILL & BORGES LLC                    PAN AMERICAN GRAIN CO INC
SR #2 RR 493 KM 1.0 INT DERECHA       250 MUNOZ RIVERA AVE STE 800            9 CALLE CLAUDIA ESQ BEATRIZ
BARRIO CARRIZALES                     SAN JUAN PR 00918-1813                  PARQUE INDUST AMELIA
HATILLO PR 00659                                                              GUAYNABO PR 00968-8005


Puerto Rico Department of Labor       TRIANGLE CAYMAN ASSET CO                Triangle Cayman Asset Company, LLC
Collection Unit - 12th Floor          221 PONCE DE LEON STE 1204              C/o Capital Crossing Puerto Rico, LLC
PO Box 195540                         SAN JUAN PR 00917-1806                  221 Ponce de Leon Ave. Suite 1204
San Juan PR 00919-5540                                                        San Juan, P.R. 00917-1806


DIANA CAJIGAS RIOS                    GLORIA BATISTA MOLINA                   HOMEL MERCADO JUSTINIANO
HC 04 BOX 17351                       HC 01 BOX 8076                          8 CALLE RAMIREZ SILVA
CAMUY, PR 00627-7616                  HATILLO, PR 00659-7361                  ENSANCHE  MARTINEZ
                                                                              MAYAGUEZ, PR 00680


JORGE ORLANDO AMADOR DELGADO          JOSE RAMON CARRION MORALES              JUAN JOSE PERAZA MORA
HC 04 BOX 17351                       PO BOX 9023884                          HC 01 BOX 8076
CAMUY, PR 00627-7616                  SAN JUAN, PR 00902-3884                 HATILLO, PR 00659-7361
```

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)19-1896　　　　　　　　　　　　　　(d)CRIM　　　　　　　　　　　　　　　　　　　(u)JUAN JOSE PERAZA MORA AND GLORIA BATISTA M
　　　　　　　　　　　　　　　　　　　 PO BOX 195387
　　　　　　　　　　　　　　　　　　　 SAN JUAN PR 00919-5387


(u)Lyssette A Morales　　　　　　　　End of Label Matrix
　　　　　　　　　　　　　　　　　　　 Mailable recipients    30
　　　　　　　　　　　　　　　　　　　 Bypassed recipients     4
　　　　　　　　　　　　　　　　　　　 Total                  34