IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TRIANGLE CAYMAN ASSET COMPANY, LLC<br><br>Plaintiff<br><br>vs<br><br>JUAN JOSE PERAZA MORA, GLORIA ESTHER BATISTA MOLINA, and the legal conjugal partnership between them<br><br>Defendants | CIVIL 17-1216CCC |

**JUDGMENT**

For the reasons stated in the Opinion and Order of this same date, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of plaintiff Triangle Cayman Asset Company, LLC and against defendants Juan José Peraza Mora and Gloria Esther Batista Molina, and the legal conjugal partnership between them, in the amount of $441,592.87 as to Loan Agreement I, comprised of $373,321.88 in principal, $64,754,25 in interest, $3,516.74 in late fees, and a per diem of $33.24, and $2,742,954.11 as to Loan Agreement II, comprised of $1,993,223.12 in principal, $646,344.26 in interests, $30,854.23 in late fees, $71,600.00 in legal expenses, $941.50 in valuation expenses, and a per diem of $332.20.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 6, 2019.

S/CARMEN CONSUELO CEREZO
United States District Judge