Liquidation Analysis Juan J Peraza Mora & Gloria Batista Molina 19-01896-ESL12

| Estate Property Description | Market Value | Estimated Liquidation Factor | Realizable Value | Liens | Exemption | Liquidation Value |
|---|---|---|---|---|---|---|
| Real Property Located at SR# 493, Km. 1.0 Int. in Carrizales Ward, Sector Palma Gorda, Hatillo PR<br>Composed of dairy farm of 54 "cuerdas" with business dedicated buildings and a Residence. Recorder at Book #315, Page 115, Lot 4782 of the Registry of Property of Arecibo PR.<br>CRIM Id. Number # 011-000-007-32-998 & 011-007-76-000 | $232,000 | | | Claim 7 in amount of $3,408,971.11 | - | - |
| Milk Quota of 65,944 liters (encumbered by Triangle Cayman) @ $12.00 per liter | $791,328 | | | Claim 7 in amount of $3,408,971.11 | - | - |
| Milk Quota of 8,000 liters (encumbered by Jorge O Amador) @ $12.00 per liter | $96,000 | | | Claim 9 in amount of $160,000.00 | - | - |
| Milk Quota of 2,000 liters (Free of any liens) @ $12.00 per liter | $24,000 | @ $8.00 per liter | $16,000 | - | - | $16,000 |
| 2001 Ford F250 (pick-up truck) | $493.50 | 75% | $370 | - | - | $370 |
| 2010 Ford Explorer Sport trac XLT (Pick-up truck) | $3,698.00 | 75% | $2,773.50 | - | 522(d)(2) $3,698 | - |
| 2003 GMC Envoy (SUV vehicle) | $448.00 | 75% | $336.00 | | | |
| 2010 Ford Explorer XLT 4wheel Drive (Pick-up truck) | $6,698.00 | 75% | $5,023.50 | - | 522(d)(2) $4,000 | $1,023.50 |
| Household Furniture and appliances | $3,500.00 | | | | 522(d)(3) $3,500 | - |
| Household Electronics | $500.00 | | | | 522(d)(3) $500 | - |
| Jewelry | $3,400.00 | | | | 522(d)(4) $3,400 | - |
| Cash | $400 | | | | 522(d)(10)(A) $3,500 | - |
| Clothing | $2,500.00 | | | | 522(d)(3) $2,500 | - |
| Bank Acc. #6070 in Oriental Bank | $304.52 | | | | 522(d)(5) $304.52 | - |
| Bank Acc. #0788 in Coop Zeno Gandía | $740.85 | | | | 522(d)(10)(A) $740.85 | - |

Liquidation Analysis Juan J Peraza Mora & Gloria Batista Molina 19-01896-ESL12

| Item | Value | % | Amount | - | Exemption | Net |
|---|---|---|---|---|---|---|
| Bank Acc. #3753 in Firstbank | $84.05 | | | | 522(d)(10)(A) $84.05 | - |
| Dairy Cattle<br>186 Milking Cows  @ $1,200 each =  $ 223,200<br>54 Dry Cows       @ $1,200 each  = $  64,800<br>42 Pregnant Heifers  @ $800.00 each = $ 33,600<br>35 Heifers (Toreras)  @ $500    each = $ 17,500<br>30 Calves Under 1year old@$300 each =$  9,000<br>2 Bulls            @ $1,000 each = $   2,000<br>TOTAL                        $350,100 | $350,100 | 50% | $175,050 | | 522(d)(6) - $5,050.00 & 522(d)(5) - $27,494.48<br><br>Total Exemption = $32,544.48 | $142,505.52 |
| Additional Equipment<br>6,400-liter Milk Tank = $6,400<br>1 Milking Pump = $3,500<br>1 Generator = $2,000<br>Claws = $280<br>1 Bobcat (skid loader) no value since it is scrap metal<br>1900 Tractor = $3,000<br>2 Feed Mixers (no vale since they're scrap metal)<br>1990 Tractor Ford Model 6010 = $4,000<br>Backhoe Digger =$3,000<br>TOTAL $22,180 | $22,180 | 50% | $11,090 | | | $11,090 |
| Cow feeding (300 one-hundred weight/ 3,000 pounds; they are called "quintales" in Spanish) = $4,200<br>Cows medicines $210.00 | $4,410 | 50% | $2,205.00 | - | - | $2,205.00 |
| TOTAL | $1,542,785 | | | | | $173,194.02 |

SUMMARY OF LIQUIDATION ANALYSIS

Estimated Net Assets at Liquidation Value:   $  173,194.02
Less – Liquidation expenses (17%):           $   29,410.00 (includes commissions for sellers of equipment etc. that usually range from 15%-20%)
Less – Priority Taxes: Claim 4 IRS:          $   23,165.68
Net Assets                                   $  120,618.34
Less Chapter 7 Trustee Liquidation fees:     $   11,000.00
Funds Available for Unsecured Creditors:     $  109,618.34

Dividend through the Plan of Reorganization $132,800.00 =  4.73%.  Dividend to CLASS 6 General Unsecured Creditors