# Exhibit 2
## Amortization Schedule Class 4

Compounding Period:     Monthly

Nominal Annual Rate:    4.750%

**Cash Flow Data - Loans and Payments**

|   | Event   | Date       | Amount    | Number | Period  | End Date   |
|---|---------|------------|-----------|--------|---------|------------|
| 1 | Loan    | 01/23/2020 | 96,000.00 | 1      |         |            |
| 2 | Payment | 02/23/2020 | 900.00    | 60     | Monthly | 01/23/2025 |
| 3 | Payment | 02/23/2025 | 1,648.17  | 40     | Monthly | 05/23/2028 |

**TValue Amortization Schedule - Normal, 365 Day Year**

|       | Date       | Payment   | Interest | Principal | Balance   |
|-------|------------|-----------|----------|-----------|-----------|
| Loan  | 01/23/2020 |           |          |           | 96,000.00 |
| 1     | 02/23/2020 | 900.00    | 380.00   | 520.00    | 95,480.00 |
| 2     | 03/23/2020 | 900.00    | 377.94   | 522.06    | 94,957.94 |
| 3     | 04/23/2020 | 900.00    | 375.88   | 524.12    | 94,433.82 |
| 4     | 05/23/2020 | 900.00    | 373.80   | 526.20    | 93,907.62 |
| 5     | 06/23/2020 | 900.00    | 371.72   | 528.28    | 93,379.34 |
| 6     | 07/23/2020 | 900.00    | 369.63   | 530.37    | 92,848.97 |
| 7     | 08/23/2020 | 900.00    | 367.53   | 532.47    | 92,316.50 |
| 8     | 09/23/2020 | 900.00    | 365.42   | 534.58    | 91,781.92 |
| 9     | 10/23/2020 | 900.00    | 363.30   | 536.70    | 91,245.22 |
| 10    | 11/23/2020 | 900.00    | 361.18   | 538.82    | 90,706.40 |
| 11    | 12/23/2020 | 900.00    | 359.05   | 540.95    | 90,165.45 |
| **2020 Totals** | | **9,900.00** | **4,065.45** | **5,834.55** | |
| 12    | 01/23/2021 | 900.00    | 356.90   | 543.10    | 89,622.35 |
| 13    | 02/23/2021 | 900.00    | 354.76   | 545.24    | 89,077.11 |
| 14    | 03/23/2021 | 900.00    | 352.60   | 547.40    | 88,529.71 |
| 15    | 04/23/2021 | 900.00    | 350.43   | 549.57    | 87,980.14 |
| 16    | 05/23/2021 | 900.00    | 348.25   | 551.75    | 87,428.39 |
| 17    | 06/23/2021 | 900.00    | 346.07   | 553.93    | 86,874.46 |
| 18    | 07/23/2021 | 900.00    | 343.88   | 556.12    | 86,318.34 |
| 19    | 08/23/2021 | 900.00    | 341.68   | 558.32    | 85,760.02 |
| 20    | 09/23/2021 | 900.00    | 339.47   | 560.53    | 85,199.49 |
| 21    | 10/23/2021 | 900.00    | 337.25   | 562.75    | 84,636.74 |
| 22    | 11/23/2021 | 900.00    | 335.02   | 564.98    | 84,071.76 |
| 23    | 12/23/2021 | 900.00    | 332.78   | 567.22    | 83,504.54 |
| **2021 Totals** | | **10,800.00** | **4,139.09** | **6,660.91** | |

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 24 | 01/23/2022 | 900.00 | 330.54 | 569.46 | 82,935.08 |
| 25 | 02/23/2022 | 900.00 | 328.28 | 571.72 | 82,363.36 |
| 26 | 03/23/2022 | 900.00 | 326.02 | 573.98 | 81,789.38 |
| 27 | 04/23/2022 | 900.00 | 323.75 | 576.25 | 81,213.13 |
| 28 | 05/23/2022 | 900.00 | 321.47 | 578.53 | 80,634.60 |
| 29 | 06/23/2022 | 900.00 | 319.18 | 580.82 | 80,053.78 |
| 30 | 07/23/2022 | 900.00 | 316.88 | 583.12 | 79,470.66 |
| 31 | 08/23/2022 | 900.00 | 314.57 | 585.43 | 78,885.23 |
| 32 | 09/23/2022 | 900.00 | 312.25 | 587.75 | 78,297.48 |
| 33 | 10/23/2022 | 900.00 | 309.93 | 590.07 | 77,707.41 |
| 34 | 11/23/2022 | 900.00 | 307.59 | 592.41 | 77,115.00 |
| 35 | 12/23/2022 | 900.00 | 305.25 | 594.75 | 76,520.25 |
| **2022 Totals** | | **10,800.00** | **3,815.71** | **6,984.29** | |
| 36 | 01/23/2023 | 900.00 | 302.89 | 597.11 | 75,923.14 |
| 37 | 02/23/2023 | 900.00 | 300.53 | 599.47 | 75,323.67 |
| 38 | 03/23/2023 | 900.00 | 298.16 | 601.84 | 74,721.83 |
| 39 | 04/23/2023 | 900.00 | 295.77 | 604.23 | 74,117.60 |
| 40 | 05/23/2023 | 900.00 | 293.38 | 606.62 | 73,510.98 |
| 41 | 06/23/2023 | 900.00 | 290.98 | 609.02 | 72,901.96 |
| 42 | 07/23/2023 | 900.00 | 288.57 | 611.43 | 72,290.53 |
| 43 | 08/23/2023 | 900.00 | 286.15 | 613.85 | 71,676.68 |
| 44 | 09/23/2023 | 900.00 | 283.72 | 616.28 | 71,060.40 |
| 45 | 10/23/2023 | 900.00 | 281.28 | 618.72 | 70,441.68 |
| 46 | 11/23/2023 | 900.00 | 278.83 | 621.17 | 69,820.51 |
| 47 | 12/23/2023 | 900.00 | 276.37 | 623.63 | 69,196.88 |
| **2023 Totals** | | **10,800.00** | **3,476.63** | **7,323.37** | |
| 48 | 01/23/2024 | 900.00 | 273.90 | 626.10 | 68,570.78 |
| 49 | 02/23/2024 | 900.00 | 271.43 | 628.57 | 67,942.21 |
| 50 | 03/23/2024 | 900.00 | 268.94 | 631.06 | 67,311.15 |
| 51 | 04/23/2024 | 900.00 | 266.44 | 633.56 | 66,677.59 |
| 52 | 05/23/2024 | 900.00 | 263.93 | 636.07 | 66,041.52 |
| 53 | 06/23/2024 | 900.00 | 261.41 | 638.59 | 65,402.93 |
| 54 | 07/23/2024 | 900.00 | 258.89 | 641.11 | 64,761.82 |
| 55 | 08/23/2024 | 900.00 | 256.35 | 643.65 | 64,118.17 |
| 56 | 09/23/2024 | 900.00 | 253.80 | 646.20 | 63,471.97 |
| 57 | 10/23/2024 | 900.00 | 251.24 | 648.76 | 62,823.21 |
| 58 | 11/23/2024 | 900.00 | 248.68 | 651.32 | 62,171.89 |
| 59 | 12/23/2024 | 900.00 | 246.10 | 653.90 | 61,517.99 |
| **2024 Totals** | | **10,800.00** | **3,121.11** | **7,678.89** | |
| 60 | 01/23/2025 | 900.00 | 243.51 | 656.49 | 60,861.50 |
| 61 | 02/23/2025 | 1,648.17 | 240.91 | 1,407.26 | 59,454.24 |
| 62 | 03/23/2025 | 1,648.17 | 235.34 | 1,412.83 | 58,041.41 |
| 63 | 04/23/2025 | 1,648.17 | 229.75 | 1,418.42 | 56,622.99 |

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 64 | 05/23/2025 | 1,648.17 | 224.13 | 1,424.04 | 55,198.95 |
| 65 | 06/23/2025 | 1,648.17 | 218.50 | 1,429.67 | 53,769.28 |
| 66 | 07/23/2025 | 1,648.17 | 212.84 | 1,435.33 | 52,333.95 |
| 67 | 08/23/2025 | 1,648.17 | 207.16 | 1,441.01 | 50,892.94 |
| 68 | 09/23/2025 | 1,648.17 | 201.45 | 1,446.72 | 49,446.22 |
| 69 | 10/23/2025 | 1,648.17 | 195.72 | 1,452.45 | 47,993.77 |
| 70 | 11/23/2025 | 1,648.17 | 189.98 | 1,458.19 | 46,535.58 |
| 71 | 12/23/2025 | 1,648.17 | 184.20 | 1,463.97 | 45,071.61 |
| **2025 Totals** | | **19,029.87** | **2,583.49** | **16,446.38** | |
| 72 | 01/23/2026 | 1,648.17 | 178.41 | 1,469.76 | 43,601.85 |
| 73 | 02/23/2026 | 1,648.17 | 172.59 | 1,475.58 | 42,126.27 |
| 74 | 03/23/2026 | 1,648.17 | 166.75 | 1,481.42 | 40,644.85 |
| 75 | 04/23/2026 | 1,648.17 | 160.89 | 1,487.28 | 39,157.57 |
| 76 | 05/23/2026 | 1,648.17 | 155.00 | 1,493.17 | 37,664.40 |
| 77 | 06/23/2026 | 1,648.17 | 149.09 | 1,499.08 | 36,165.32 |
| 78 | 07/23/2026 | 1,648.17 | 143.15 | 1,505.02 | 34,660.30 |
| 79 | 08/23/2026 | 1,648.17 | 137.20 | 1,510.97 | 33,149.33 |
| 80 | 09/23/2026 | 1,648.17 | 131.22 | 1,516.95 | 31,632.38 |
| 81 | 10/23/2026 | 1,648.17 | 125.21 | 1,522.96 | 30,109.42 |
| 82 | 11/23/2026 | 1,648.17 | 119.18 | 1,528.99 | 28,580.43 |
| 83 | 12/23/2026 | 1,648.17 | 113.13 | 1,535.04 | 27,045.39 |
| **2026 Totals** | | **19,778.04** | **1,751.82** | **18,026.22** | |
| 84 | 01/23/2027 | 1,648.17 | 107.05 | 1,541.12 | 25,504.27 |
| 85 | 02/23/2027 | 1,648.17 | 100.95 | 1,547.22 | 23,957.05 |
| 86 | 03/23/2027 | 1,648.17 | 94.83 | 1,553.34 | 22,403.71 |
| 87 | 04/23/2027 | 1,648.17 | 88.68 | 1,559.49 | 20,844.22 |
| 88 | 05/23/2027 | 1,648.17 | 82.51 | 1,565.66 | 19,278.56 |
| 89 | 06/23/2027 | 1,648.17 | 76.31 | 1,571.86 | 17,706.70 |
| 90 | 07/23/2027 | 1,648.17 | 70.09 | 1,578.08 | 16,128.62 |
| 91 | 08/23/2027 | 1,648.17 | 63.84 | 1,584.33 | 14,544.29 |
| 92 | 09/23/2027 | 1,648.17 | 57.57 | 1,590.60 | 12,953.69 |
| 93 | 10/23/2027 | 1,648.17 | 51.28 | 1,596.89 | 11,356.80 |
| 94 | 11/23/2027 | 1,648.17 | 44.95 | 1,603.22 | 9,753.58 |
| 95 | 12/23/2027 | 1,648.17 | 38.61 | 1,609.56 | 8,144.02 |
| **2027 Totals** | | **19,778.04** | **876.67** | **18,901.37** | |
| 96 | 01/23/2028 | 1,648.17 | 32.24 | 1,615.93 | 6,528.09 |
| 97 | 02/23/2028 | 1,648.17 | 25.84 | 1,622.33 | 4,905.76 |
| 98 | 03/23/2028 | 1,648.17 | 19.42 | 1,628.75 | 3,277.01 |
| 99 | 04/23/2028 | 1,648.17 | 12.97 | 1,635.20 | 1,641.81 |
| 100 | 05/23/2028 | 1,648.17 | 6.36 | 1,641.81 | 0.00 |
| **2028 Totals** | | **8,240.85** | **96.83** | **8,144.02** | |

| Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|
| **Grand Totals** | 119,926.80 | 23,926.80 | 96,000.00 | |

**Last interest amount decreased by 0.14 due to rounding.**

| ANNUAL PERCENTAGE RATE<br><br>The cost of your credit as a yearly rate.<br><br>**4.750%** | FINANCE CHARGE<br><br>The dollar amount the credit will cost you.<br><br>**$23,926.80** | Amount Financed<br><br>The amount of credit provided to you or on your behalf.<br><br>**$96,000.00** | Total of Payments<br><br>The amount you will have paid after you have made all payments as scheduled.<br><br>**$119,926.80** |
|---|---|---|---|