```
Label Matrix for local noticing      CRIM                                 FEDERACION DE ASOCIACIONES PECUARIAS DE PR I
0104-3                                PO BOX 195387                        O'NEILL & GILMORE
Case 19-01896-ESL12                   SAN JUAN, PR 00919-5387              252 PONCE DE LEON AVE
District of Puerto Rico                                                    SUITE 1701
Old San Juan                                                               SAN JUAN, PR 00918-2019
Thu May 14 09:22:26 AST 2020

PAN AMERICAN GRAIN CO INC             Triangle Cayman Asset Company, LLC   VAQUERIA TRES MONJITAS INC
PARQUE INDUSTRIAL AMELIA              250 Ave Munoz Rivera                 PO BOX 366757
9 CLAUDIA ST                          Suite 800                            SAN JUAN, PR 00936-6757
GUAYNABO, PR 00968-8005               San Juan, PR 00918-1813


US Bankruptcy Court District of P.R.  CAPITAL CROSSING PR LLC              DEPARTMENT OF TREASURY
Jose V Toledo Fed Bldg & US Courthouse FBO TRIANGLE CAYMAN ASSET CO        BANKRUPTCY SECTION 424 B
300 Recinto Sur Street, Room 109      PO BOX 70111                         PO BOX 9024140
San Juan, PR 00901-1964               SAN JUAN PR 00936-8111               SAN JUAN, PR 00902-4140


ELA DEPT OF TREASURY                  FEDERACION ASOC PECUARIAS DE PR INC  HATICOOP
BANKRUPTCY DIV #424 B                 PO BOX 2635                          PO BOX 95
PO BOX 9024140                        MAYAGUEZ PR 00681-2635               HATILLO, PR 00659-0095
SAN JUAN PR 00902-4140


IRS                                   IVAN CABAN SOTO, ESQ                 JORGE ORLANDO AMADOR DELGADO
PO BOX 7346                           PO BOX 2122                          DIANA ESTHER CAJIGA RIOS
PHILADELPHIA PA 19101-7346            MOCA PR 00676-2122                   HC 04 BOX 17351
                                                                           CAMUY PR 00627-7616


JOSE L ACEVEDO PEREZ                  LUCY ROMAN                           LUIS CRUZ VELEZ ESQ
BOX 1147                              SR #2 RR 493 KM 1.0 INT DERECHA      PO BOX 427
MOCA PR 00676-1147                    BARRIO CARRIZALES                    HATILLO PR 00659-0427
                                      HATILLO PR 00659


MIGUEL  ROMAN                         O'NEILL & BORGES LLC                 PAN AMERICAN GRAIN CO INC
SR #2 RR 493 KM 1.0 INT DERECHA       250 MUNOZ RIVERA AVE STE 800         9 CALLE CLAUDIA ESQ BEATRIZ
BARRIO CARRIZALES                     SAN JUAN PR 00918-1813               PARQUE INDUST AMELIA
HATILLO PR 00659                                                           GUAYNABO PR 00968-8005


Puerto Rico Department of Labor       TRIANGLE CAYMAN ASSET CO             Triangle Cayman Asset Company, LLC
Collection Unit - 12th Floor          221 PONCE DE LEON STE 1204           C/o Capital Crossing Puerto Rico, LLC
PO Box 195540                         SAN JUAN PR 00917-1806               221 Ponce de Leon Ave. Suite 1204
San Juan PR 00919-5540                                                     San Juan, P.R. 00917-1806


DIANA CAJIGAS RIOS                    GLORIA BATISTA MOLINA                HOMEL MERCADO JUSTINIANO
HC 04 BOX 17351                       HC 01 BOX 8076                       8 CALLE RAMIREZ SILVA
CAMUY, PR 00627-7616                  HATILLO, PR 00659-7361               ENSANCHE  MARTINEZ
                                                                           MAYAGUEZ, PR 00680


JORGE ORLANDO AMADOR DELGADO          JOSE RAMON CARRION MORALES           JUAN JOSE PERAZA MORA
HC 04 BOX 17351                       PO BOX 9023884                       HC 01 BOX 8076
CAMUY, PR 00627-7616                  SAN JUAN, PR 00902-3884              HATILLO, PR 00659-7361
```

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)19-1896                              (d)CRIM                                      (u)JUAN JOSE PERAZA MORA AND GLORIA BATISTA M
                                        PO BOX 195387
                                        SAN JUAN PR 00919-5387


(u)Lyssette A Morales                   End of Label Matrix
                                        Mailable recipients    30
                                        Bypassed recipients     4
                                        Total                  34