UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN JOSÉ PERAZA MORA
GLORIA E. BATISTA MOLINA
d/b/a Vaquería Peraza
XXX - XX - 9523
XXX - XX - 1026
Debtors

CASE NO. 19-01896-ESL12

CHAPTER 12

**POST CONFIRMATION MODIFIED PLAN DATED OCTOBER 12, 2021, WITH**

**REQUEST TO SHORTEN THE OBJECTION PERIOD TO SEVEN DAYS**

1. On April 5, 2019, the Debtors, JUAN JOSE PERAZA MORA and GLORIA ESTHER BATISTA MOLINA filed a voluntary petition for relief under the provisions of 11 U.S.C. §1201 et. seq. numbered 19-01896-ESL12 and as of this date they have been managing their affairs and operating their business.

2. The Debtors operate a dairy farm under licenses 3052 as authorized by ORIL (Oficina para la  Reglamentación de Industria Lecheras). The Debtors have a total milk quota of 75,944 liters as authorized by the ORIL and operate a Dairy Farm located in Hatillo, PR.

3. Debtors' Amended Chapter 12 plan dated May 14, 2020 (Docket No. 151) was confirmed as per Order Dated July 15, 2020 (Docket No. 166).

4. The Chapter 12 Trustee has informed the Debtors that there is an excess of funds in the amount of $15,000 deposited in the Chapter 12 Trustee escrow account. These funds are in excess of Debtors' regular Plan payments that have been made on a current basis.

5. The Debtors have agreed to modify the Chapter 12 Plan by way of this PCM to increase the base of the Chapter 12 Plan in $15,000.

6.  The Plan Base of the Chapter 12 Plan is $306,531 and the same is increased to $321,531 with this Post Confirmation Modification of the Chapter 12 Plan.

7.  No Treatment of creditors, value of collaterals, payment to unsecured creditors, terms, interest rate, amortization period or table, or any other Confirmed Plan term is being modified with this PCM. The only reason to file this PCM is to increase the confirmed plan base in $15,000 for the benefit of Creditors.

8.  Wherefore the Debtors request that this Honorable Court approved this Post Confirmation Modification of the Chapter 12 Plan.

9.  The Debtors request that the objection period to approve this PCM is reduced to seven (7) days because there is no party that will be adversely affected by this PCM. NO Class, treatment or payment schedule will be modified, this PCM proposes only an increase in the base of the Plan with funds already in Chapter 12 Trustee bank account.

**WHEREFORE,** the Debtors request that this Honorable Court approves the proposed Post Confirmation Modification of Chapter 12 Plan ("PCM") included herein with the Shortened Objection period of seven (7) days.

**RESPECTFULLY SUBMITTED.**

In Mayaguez, Puerto Rico, this October 12, 2021

**NOTICE TO CREDITORS AND PARTS IN INTEREST**

Within Seven (7) ) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this

paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY**: that on this date I electronically filed the above document with the Clerk of the court using an CM/ECF System which sends notification of such filing to United States Trustee and to any creditors if any CM/ECF user. I further certify that I have served this notice by depositing true and correct copy thereof in the United States Mail, to non user creditors and to all creditors as per attached master address list.

**/s/HOMEL MERCADO JUSTINIANO**
USDC- PR - 229705
Calle Ramírez Silva # 8
Ensanche Martínez
Mayagüez, PR 00680-4714
Telephone: (787) 831-2577/ 805 - 2945
Fax: (787) 805- 7350
Email: hmjlaw2@gmail.com

Label Matrix for local noticing
0104-3
Case 19-01896-ESL12
District of Puerto Rico
Old San Juan
Tue Oct 12 13:35:58 AST 2021

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

FEDERACION DE ASOCIACIONES PECUARIAS DE PR I
O'NEILL & GILMORE
252 PONCE DE LEON AVE
SUITE 1701
SAN JUAN, PR 00918-2019

PAN AMERICAN GRAIN CO INC
PARQUE INDUSTRIAL AMELIA
9 CLAUDIA ST
GUAYNABO, PR 00968-8005

Triangle Cayman Asset Company, LLC
250 Ave Munoz Rivera
Suite 800
San Juan, PR 00918-1813

VAQUERIA TRES MONJITAS INC
PO BOX 366757
SAN JUAN, PR 00936-6757

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

CAPITAL CROSSING PR LLC
FBO TRIANGLE CAYMAN ASSET CO
PO BOX 70111
SAN JUAN PR 00936-8111

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

ELA DEPT OF TREASURY
BANKRUPTCY DIV #424 B
PO BOX 9024140
SAN JUAN PR 00902-4140

FEDERACION ASOC PECUARIAS DE PR INC
PO BOX 2635
MAYAGUEZ PR 00681-2635

HATICOOP
PO BOX 95
HATILLO, PR 00659-0095

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IVAN CABAN SOTO, ESQ
PO BOX 2122
MOCA PR 00676-2122

JORGE ORLANDO AMADOR DELGADO
DIANA ESTHER CAJIGA RIOS
HC 04 BOX 17351
CAMUY PR 00627-7616

JOSE L ACEVEDO PEREZ
BOX 1147
MOCA PR 00676-1147

LUCY ROMAN
SR #2 RR 493 KM 1.0 INT DERECHA
BARRIO CARRIZALES
HATILLO PR 00659

LUIS CRUZ VELEZ ESQ
PO BOX 427
HATILLO PR 00659-0427

MIGUEL  ROMAN
SR #2 RR 493 KM 1.0 INT DERECHA
BARRIO CARRIZALES
HATILLO PR 00659

O'NEILL & BORGES LLC
250 MUNOZ RIVERA AVE STE 800
SAN JUAN PR 00918-1813

PAN AMERICAN GRAIN CO INC
9 CALLE CLAUDIA ESQ BEATRIZ
PARQUE INDUST AMELIA
GUAYNABO PR 00968-8005

Puerto Rico Department of Labor
Collection Unit - 12th Floor
PO Box 195540
San Juan PR 00919-5540

TRIANGLE CAYMAN ASSET CO
221 PONCE DE LEON STE 1204
SAN JUAN PR 00917-1806

Triangle Cayman Asset Company, LLC
C/o Capital Crossing Puerto Rico, LLC
221 Ponce de Leon Ave. Suite 1204
San Juan, P.R. 00917-1806

DIANA CAJIGAS RIOS
HC 04 BOX 17351
CAMUY, PR 00627-7616

GLORIA BATISTA MOLINA
HC 01 BOX 8076
HATILLO, PR 00659-7361

HOMEL MERCADO JUSTINIANO
8 CALLE RAMIREZ SILVA
ENSANCHE  MARTINEZ
MAYAGUEZ, PR 00680

JORGE ORLANDO AMADOR DELGADO
HC 04 BOX 17351
CAMUY, PR 00627-7616

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

JUAN JOSE PERAZA MORA
HC 01 BOX 8076
HATILLO, PR 00659-7361

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)19-1896                          (d)CRIM                              (u)JUAN JOSE PERAZA MORA AND GLORIA BATISTA M
                                    PO BOX 195387
                                    SAN JUAN PR 00919-5387




(u)Joel Gonzlez Toledo              (u)Lyssette A Morales                End of Label Matrix
                                                                         Mailable recipients    30
                                                                         Bypassed recipients      5
                                                                         Total                   35